**THE WESTON FIRM**
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
MELANIE PERSINGER (275432)
COURTLAND CREEKMORE (182018)
1405 Morena Blvd., Suite 201
San Diego, CA  92110
Telephone: (619) 798-2006
Facsimile: (480) 247-4553
greg@westonfirm.com
jack@westonfirm.com
mel@westonfirm.com
courtland@westonfirm.com

*Counsel for Plaintiffs and the Proposed Class*

**Filed**

FEB 23 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No:

**CV12-00906 HRL**

**CLASS ACTION**

MARIA ALVAREZ, on behalf of herself and all others similarly situated,

Plaintiff,

v.

GERBER PRODUCTS COMPANY d/b/a NESTLÉ INFANT NUTRITION and NESTLÉ USA, INC.,

Defendants.

**COMPLAINT FOR VIOLATIONS OF:**

**THE CALIFORNIA UNFAIR COMPETITION LAW, CAL. BUS. & PROF. CODE §§ 17200 *ET SEQ.*;**

**THE CALIFORNIA CONSUMER LEGAL REMEDIES ACT, CAL. CIV. CODE §§ 1750, *ET SEQ.*;**

**THE MICHIGAN CONSUMER PROTECTION ACT, MICH. COMP. LAWS ANN. §§ 445.903 *ET SEQ.*; AND**

**THE NEW JERSEY CONSUMER FRAUD ACT, N.J.S.A. §§ 56:8-1 *ET SEQ.***

**DEMAND FOR JURY TRIAL**

1     Plaintiff Maria Alvarez ("Plaintiff"), by and through her attorneys of record, brings this action on

2 behalf of herself, all others similarly situated, and the general public against defendants Gerber Products

3 Company d/b/a/ Nestlé Infant Nutrition, and Nestlé USA, Inc. ("Defendants"), and alleges based upon

4 her own knowledge, or where there is no personal knowledge, upon information and belief and the

5 investigation of her counsel, as follows:

6                               **NATURE OF THE ACTION**

7     1.     Defendants manufacture, market, distribute and sell infant formula and cereal for

8 consumption by individuals between 0 and 24 months old, which are advertised as promoting various

9 benefits—such as immunity protection and digestive health—because of the presence of probiotic and

10 prebiotic cultures in the foods (the "Gerber Probiotic Products"). These claims, however, are

11 unsupported by scientific evidence. Plaintiff and members of the putative class were injured when they

12 purchased the Gerber Probiotic Products in reliance on these false and misleading claims.

13                                  **THE PARTIES**

14     2.     Defendant Gerber Products Company is a corporation organized and existing under the

15 laws of the State of Michigan, with its principal place of business located at 445 State Street, Freemont

16 Michigan, 49413, and with offices located in Florham Park, New Jersey. In some states, Gerber Products

17 Company does business as Nestlé Infant Nutrition.

18     3.     Defendant Nestlé USA, Inc. is a corporation organized and existing under the laws of the

19 State of Delaware, with its principal place of business located at 800 North Brand Boulevard, Glendale,

20 California 91203.

21     4.     Defendants manufacture, market, distribute and sell the Gerber Probiotic Products.

22     5.     Plaintiff is a resident of San Jose, California who purchased the Gerber Probiotic

23 Products during the class period (as defined herein) in reliance on Defendants' false and misleading

24 packaging and advertising claims, as described further herein.

25                         **JURISDICTION AND VENUE**

26     6.     This Court has original jurisdiction under 28 U.S.C. §1332(d)(2) (The Class Action

27 Fairness Act) because the matter in controversy exceeds the sum or value of $5,000,000 exclusive of

28 interest and costs and more than two-thirds of the members of the Class reside in states other than the

1    state of which Defendants are citizens.

2         7.    Venue is proper in this Court pursuant to 28 U.S.C. §1391 because Plaintiff resides in and

3    suffered injuries as a result of Defendants' acts in this district, many of the acts and transactions giving

4    rise to this action occurred in this district, and Defendants (1) are authorized to conduct business in this

5    district and have intentionally availed themselves of the laws and markets of this district through the

6    promotion, marketing, distribution, and sale of its products in this district; (2) reside in this district; and

7    (3) are subject to personal jurisdiction in this district.

8                                  **INTRADISTRICT ASSIGNMENT**

9         8.    This civil action arises out of the acts and omissions of Defendants which took place in

10   Santa Clara, in that Plaintiff is a resident of that county and was subjected to Defendants' unlawful acts

11   in that county. Accordingly, pursuant to N.D. Cal. Civ. L.R. 3-2(c), the action should be assigned to the

12   San Jose Division.

13                                    **FACTUAL ALLEGATIONS**

14        9.    This class action involves the Gerber Probiotic Products depicted below:[1]

15   <u>**Gerber Good Start Gentle Powder (Birth Stage) – 23.2 Ounce and 12 Ounce varieties**</u>

16            **Front**                                                    **Back**

   

---

26   [1] The depiction of these products should not be construed to limit the subject matter of this Complaint
     solely to the products, versions, sizes or varieties depicted, which are provided as exemplars only. There
27   may be additional similar products, or versions, sizes or varieties with respect to which Defendants
     engaged in the same misleading and unlawful behavior, and all such products, versions, sizes and
28   varieties are expressly incorporated into this Complaint.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gerber Good Start Gentle Bottles/Convenience Packs (Birth Stage)**

Front                                    Back

    

**Gerber Good Start Gentle Liquid Concentrate (Birth Stage)**

Front                                    Back

    

**Gerber Good Start Protect Powder (Birth Stage)**

Front                                    Back

    

**Gerber DHA & Probiotic Single Grain Cereal (Oatmeal) (Supported Sitter Stage)**

Front                                          Back

     

**Gerber DHA & Probiotic Single Grain Cereal (Rice) (Supported Sitter Stage)**

Front                                          Back

     

**Gerber Good Start 2 Gentle Powder (Crawler Stage)**

Front                                          Back



4

**Gerber Good Start 2 Protect Powder (Crawler Stage)**

Front                                    Back

                     

10. Larger-sized, high-quality photographs of the Gerber Probiotic Products are attached hereto as **Exhibit 1**.

11. Defendants categorize the Gerber Probiotic Products into various "stages" based on the age of the person Defendants intend to consume the products. Specifically, "Birth Stage" products are intended for infants 0 – 12 months old; "Supported Sitter Stage" products are intended for infants 6 – 12 months old; and "Crawler Stage" products are intended for infants 0 – 24 months old.

12. In 2007, Defendants introduced the first infant formula containing probiotics in the United States. Probiotics are live microorganisms claimed to be beneficial to the host organism. Prebiotics are non-digestible food ingredients that stimulate the growth and/or activity of bacteria in the digestive system in ways claimed to be beneficial to health.

13. Since 2007 and throughout the Class Period defined herein, Defendants have advertised the Gerber Probiotic Products as specially formulated to help with infants' developmental and nutritional needs, and specifically to contribute to development of infants' immune systems and digestive health. Defendants have done so through various media including television, print, web, and on the packaging of the products themselves.

14. The Gerber Probiotic Products are sold at a premium of approximately $1.00 per eight ounces compared to similar products Defendants sell which do not contain probiotic cultures or prebiotic material.

15.     During the Class Period defined herein, Plaintiff purchased the Gerber Probiotic Products. Specifically, Plaintiff purchased Good Start Gentle Formula, Good Start Protect Formula, Good Start 2 Gentle Formula, Good Start 2 Protect Formula, and DHA & Probiotic Single Grain Cereal (Oatmeal), from approximately June 2011 through December 2011. Plaintiff purchased the formula products one every two weeks during this time period, and purchased the cereal once every week. Plaintiff purchased the products from Whole Foods, located at 1690 South Bascom Avenue, Campbell, California 95008; and Target, located at 1750 Story Road, San Jose, California 95122.

16.     Plaintiff brings this action on behalf of herself and all others similarly situated consumers in the United States, to end Defendants false, deceptive and misleading advertising message about the Gerber Probiotic Products' purported contribution to infant immunity and digestive health, and to correct the false and misleading perception Defendants have created among consumers who have purchased the products. Plaintiff brings this action for violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.*, the California Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.*, the Michigan Consumer Protection Act, Mich. Comp. Laws Ann. §§ 445.903 *et seq.*, and the New Jersey Consumer Fraud Act, N.J.S.A. §§ 56:8-1 *et seq.*

## SPECIFIC MISREPRESENTATIONS, MATERIAL OMISSIONS AND DECEPTIVE FACTS

17.     Defendants' advertising claims about the Gerber Probiotic Products are and have been the subject of an extensive and comprehensive, nationwide marketing campaign since 2007 to the present and continuing.

18.     Defendants primarily advertise and promote the purported probiotic benefits of the Gerber Probiotic Products through packaging claims including, for example:

- **"Immuni-Protect Probiotic"**
- **"Complete Nutrition & Bifidus BL for Advanced Immune System Support"**
- **"Bifidus BL – a Beneficial Probiotic"**
- **"Prebiotics for Digestive Health"**

19.     In addition, the packaging of the Gerber Probiotic Products include a number of other claims suggesting the products are useful, or even essential, in promoting proper infant nutrition. Such claims include, for example:

6

COMPLAINT

- **"For Complete Nutrition & Easy Digestion"**
- **"Nutri-Protect"**
- **"Complete Nutrition to Support Healthy Growth"**
- **"Unique Comfort Proteins for Easy Digestion"**
- **"DHA and ARA for Brain and Eye Development"**
- **"Specially Made with Nutrients Found in Breastmilk"**
- **"For Complete Nutrition, Easy Digestion & Advanced Immune Support"**
- **"Excellent Source of Iron"**
- **"A Nutritious Alternative to Cow's Milk"**
- **Images of Hearts**

20. Defendants also use the web site, www.gerber.com, to advertise and promote the Gerber Probiotic Products for infants. For example, the Gerber website states:

> Good nutrition is important. But what we eat also can provide health benefits beyond basic nutrition. One example is the regular consumption of beneficial probiotic cultures, also called "probiotics." . . . [P]robiotics have been added to formula to help support Baby's healthy immune system. . . . Everyone's digestive tracts, including babies', naturally contain many different types of bacteria, or cultures. Many of these are important to help keep our bodies healthy. Consuming beneficial probiotic cultures is one way to encourage a favorable balance of the cultures in the digestive tract. . . . One important benefit is supporting a healthy immune system. Probiotics can provide this benefit by increasing your baby's levels of key antibodies. About 70% of the cells of the immune system are found in the digestive tract, which makes it a central part of the body's immune system. So another way probiotics help support your baby's healthy immune system is by helping to maintain a healthy balance of cultures in her digestive tract, which supports the natural protective environment found there.

21. Defendants also use television commercials to advertise and promote the Gerber Probiotic Products for infants. For example, Gerber has used a television commercial that shows a baby looking in wonder at scientific formulations. With a wave of the baby's hand, the word "probiotics" flows into a tin of Good Start infant formula. The voice-over makes a hard sell about how Gerber has purported made a scientific breakthrough and how "the immune supporting probiotics like those found in breast milk can now be found in Gerber Good Start Protect Plus."

22. Defendants have also engaged in a "Start Healthy, Stay Healthy" campaign, and have partnered with HouseParty.com to generate house parties hosted by consumers, in which the host

1 distributes coupons for the Gerber Probiotic Products.

2      23.    Defendants' labeling and advertising claims are false and deceptive because they imply
3 the Gerber Probiotic Products are healthier and more nutritious than other, less costly baby food
4 products that do not contain prebiotics and probiotics, and/or that they make a more significant
5 contribution to infants' digestive health and immunity than they actually do.

6      24.    Moreover, the use of probiotics and prebiotics in children 2 years of age and younger has
7 not been scientifically substantiated, and most scientists believe that the use of prebiotics and probiotics
8 for children under 2 years can in fact harm their development.

9      25.    Defendants' labeling and advertising is further false and misleading because even for
10 children above 2 years of age, there is no credible scientific evidence to prove that the use of probiotics
11 or prebiotics is necessary or helpful to children, and their use may in fact harm children.

12      26.    Defendants' labeling and advertising is further false and misleading because the terms,
13 "BIFIDUS BL" and "B LACTIS CULTURES," do not define what strain of probiotics is present in the
14 Gerber Probiotic Products, and the scientific research on probiotic/prebiotic efficacy requires strain-
15 specific testing. Moreover, by trademarking a commercial name for one or more specific strains of
16 probiotic bacteria, Defendants misleadingly suggest the probiotic cultures used in the Gerber Probiotic
17 Products are superior because they are proprietary, and perhaps the result of extended laboratory work,
18 which is false.

19      27.    Defendants' labeling and advertising is further false and misleading because there is no
20 credible scientific evidence that the probiotics or prebiotics in the Gerber Probiotic Products "helps
21 support a healthy immune system."

22      28.    Defendants' labeling and advertising is further false and misleading because there is no
23 credible scientific evidence that the probiotics or prebiotics in the Gerber Probiotic Products provide
24 "Advanced Immune Support," or "Advanced Immune System Support."

25      29.    Defendants' labeling and advertising is further false and misleading because the claim
26 "Immuni Protect Probiotic" implies that the type of probiotic in the Gerber Probiotic Products is
27 somehow superior to other types of commercially available probiotics or prebiotics in providing immune
28 support in a developing child, none of which is scientifically substantiated.

30.     Defendants' labeling and advertising is further false and misleading because there is no credible scientific evidence that the probiotics or prebiotics in the Gerber Probiotic Products provides "Digestive Health."

31.     Defendants' labeling and advertising claims are also false and deceptive because they imply the Gerber Probiotic Products are healthier and more nutritious than other, less costly baby food products that do not contain DHA & ARA, and/or that they make a more significant contribution to infants' brain and eye development than they actually do.

32.     Defendants' labeling and advertising claims are further false and deceptive because there is no credible scientific evidence that baby food containing DHA & ARA has any effect on brain or eye development.

33.     Defendants' labeling and advertising is further false and misleading because there is no credible scientific evidence that the "DHA & ARA" in the Gerber Probiotic Products have any effect on "Brain and Eye Development."

34.     Defendants' labeling and advertising is further false and misleading because the image of a heart on the Gerber Probiotics Products implies some type of heart-healthy benefit arising out of use of the baby foods.

35.     In addition, Defendants' use of a heart on the Gerber Probiotic Products violates the Federal Food, Drug and Cosmetic Act ("FDCA"), in that the use of the heart violates 21 C.F.R. § 101.14, concerning implied health claims. Accordingly, the Gerber Probiotic Products containing a heart vignette are misbranded within the meaning of the FDCA, 21 U.S.C. § 343(r). Defendants may violate other regulations and provisions promulgated pursuant to the FDCA by use of packaging claims on the Gerber Probiotic Products including but not limited to, "DHA and ARA," "Made with Nutrients Found in Breastmilk," "Excellent Source of Iron," and "A Nutritious Alternative to Cow's Milk." Such statements may violate specific provisions of FDCA regulations (e.g., title 21 of the Code of Federal Regulations), and violate the general prohibition against the use of false and misleading statements, *see* 21 U.S.C. § 343(a).

36.     By violating the FDCA, Defendants' also violate the California Sherman Law, which incorporates all the provisions of the FDCA into state law. Moreover, Defendants' advertising of the

9

1    Gerber Probiotic Products independently violates various provisions of the Sherman Law as described

2    more particularly in Plaintiff's cause of action under the California Unfair Competition Law's

3    "unlawful" prong.

4                                      **CLASS ACTION ALLEGATIONS**

5          37.    Plaintiff brings this action on behalf of herself and the following Class in accordance with

6    Rule 23 of the Federal Rules of Civil Procedure:

7          All persons (other than Defendants, their officers, directors, employees, and their

8          immediately family members) who purchased in the United States one or more of the

9          Gerber Probiotic Products from January 1, 2007 to the present (the "Class Period") for

10         personal or household use, and not for resale or distribution purposes.

11         38.    Alternatively, Plaintiff brings this action on behalf of herself and the following Class in

12   accordance with Rule 23 of the Federal Rules of Civil Procedure:

13         All persons (other than Defendants, their officers, directors, employees, and their

14         immediately family members) who purchased one or more of the Gerber Probiotic

15         Products from January 1, 2007 to the present for personal or household use, and not for

16         resale or distribution purposes, in any state whose consumer protection statutes do not

17         materially conflict with the California Unfair Competition Law, the California Consumer

18         Legal Remedies Act, the Michigan Consumer Protection Act, or the New Jersey

19         Consumer Fraud Statute.

20         39.    Alternatively, Plaintiff brings this action on behalf of herself and the following Class in

21   accordance with Rule 23 of the Federal Rules of Civil Procedure:

22         All persons (other than Defendants, their officers, directors, employees, and their

23         immediately family members) who purchased in California, Michigan or New Jersey, one

24         or more of the Gerber Probiotic Products from January 1, 2007 to the present (the "Class

25         Period") for personal or household use, and not for resale or distribution purposes.

26         40.    The persons in any of the Classes defined above are so numerous that joinder of all such

27   persons is impracticable.

28         41.    Questions of fact and law common to the class and central to resolution of their claims

                                                    10

include:

    a.    Whether Defendants conveyed a class-wide message that the Gerber Probiotic Products contribute to infants' immunity, digestive health, brain development, eye development and overall nutrition;

    b.    If so, whether Defendants' claims and messaging were material to a reasonable consumer;

    c.    If so, whether Defendants' claims and messaging were false (for example, whether Defendants' claims are scientifically substantiated) or, if not literally false, whether Defendants' claims were likely to deceive the public;

    d.    Whether Defendants omitted any material information in making the challenged claims; and

    e.    The proper method and measure of the Class's damages.

    42.    These common questions of fact and law predominate over questions that affect only individual class members.

    43.    Plaintiff's claims are typical of the claims of the Class, and she will fairly and adequately represent the interests of the Class. Plaintiff has retained counsel experienced with class action litigation and neither she nor her counsel have any conflicts with or interests adverse or antagonistic to the interests of the Class.

    44.    Class litigation is superior to other available methods for the fair and efficient adjudication of this controversy. The expense and burden of individual litigation would make it impracticable or impossible for proposed Class members to prosecute their claims individually. The trial and litigation of the Class's claims is manageable.

## FIRST CAUSE OF ACTION

### Violations of the California Unfair Competition Law,

### Bus. & Prof. Code §§ 17200 *et seq.*

### (Unlawful)

    45.    Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set forth in full herein.

46.     Cal. Bus. & Prof. Code § 17200 prohibits any "unlawful, unfair or fraudulent business act or practice."

47.     The acts, omissions, misrepresentations, practices, and non-disclosures of Defendants as alleged herein constitute "unlawful" business acts and practices in that Defendants' conduct violates the Consumer Legal Remedies Act, the Federal Food, Drug, and Cosmetic Act, and the California Sherman Food, Drug, and Cosmetic Law ("Sherman Law"), which incorporates all the regulations and requirements of the Federal Food, Drug and Cosmetic Act. Specifically, Defendants acted in contravention of the following Sherman Law Provisions:

• § 110100 (adopting all FDA regulations as state regulations);

• § 110290 ("In determining whether the labeling or advertisement of a food . . . is misleading, all representations made or suggested by statement, word, design, device, sound, or any combination of these shall be taken into account. The extent that the labeling or advertising fails to reveal facts concerning the food . . . or consequences of customary use of the food . . . shall also be considered.");

• § 110390 ("It is unlawful for any person to disseminate any false advertisement of any food . . . . An advertisement is false if it is false or misleading in any particular.");

• § 110395 ("It is unlawful for any person to manufacture, sell, deliver, hold, or offer for sale any food . . . that is falsely advertised.");

• § 110398 ("It is unlawful for any person to advertise any food, drug, device, or cosmetic that is adulterated or misbranded.");

• § 110400 ("It is unlawful for any person to receive in commerce any food . . . that is falsely advertised or to deliver or proffer for delivery any such food . . . .");

• § 110660 ("Any food is misbranded if its labeling is false or misleading in any particular.");

• § 110670 ("Any food is misbranded if its labeling does not conform with the requirements for nutrient content or health claims as set forth in Section 403(r) (21 U.S.C. Sec. 343(r)) of the federal act and the regulations adopted pursuant thereto.");

• § 110680 ("Any food is misbranded if its labeling or packaging does not conform to the requirements of Chapter 4 (commencing with Section 110290).");

• § 110705 ("Any food is misbranded if any word, statement, or other information required pursuant to this part to appear on the label or labeling is not prominently placed upon the label or labeling and in terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use.");

• § 110760 ("It is unlawful for any person to manufacture, sell, deliver, hold, or offer for sale any food that is misbranded.");

• § 110765 ("It is unlawful for any person to misbrand any food."); and

• § 110770 ("It is unlawful for any person to receive in commerce any food that is misbranded or to deliver or proffer for delivery any such food.").

48. By violating the California Unfair Competition Law, Defendants also violated the common law of unfair competition.

49. Defendants leveraged their deception to induce Plaintiff and members of the Class to purchase products that were of lesser value and quality than advertised.

50. Plaintiff suffered injury in fact and lost money or property as a result of Defendants' deceptive advertising: she was denied the benefit of the bargain in purchasing the Gerber Probiotic Products. Had Plaintiff been aware of Defendants' false and misleading advertising tactics, she would have been willing to pay less than what she did for the Gerber Probiotic Products, or not purchase it at all. Moreover, had Defendants not engaged in the false and misleading advertising tactics, Plaintiff and members of the Class would have paid less for the Gerber Probiotic Products, because Defendants would not have been able to charge a premium for the products.

51. In accordance with Bus. & Prof. Code § 17203, Plaintiff seeks an order enjoining Defendants from continuing to conduct business through unlawful, unfair, and/or fraudulent acts and practices and to commence a corrective advertising campaign.

52. Plaintiff also seeks an order for the restitution of all monies from the sale of the Gerber Probiotic Products, which were unjustly acquired through acts of unlawful, unfair, and/or fraudulent competition.

## SECOND CAUSE OF ACTION

### Violations of the California Unfair Competition Law

### Bus. & Prof. Code §§ 17200 *et seq.*

### (Unfair and Fraudulent)

53. Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set forth in full herein.

13

54.     Bus. & Prof. Code § 17200 prohibits any "unlawful, unfair or fraudulent business act or practice."

55.     The false and misleading labeling of the Gerber Probiotic Products, as alleged herein, constitutes "unfair" business acts and practices because such conduct is immoral, unscrupulous, and offends public policy. Further, the gravity of Defendants' conduct outweighs any conceivable benefit of such conduct.

56.     The acts, omissions, misrepresentations, practices, and non-disclosures of Defendants as alleged herein constitute "fraudulent" business acts and practices because Defendants' conduct is false and misleading to Plaintiff, Class members, and the general public.

57.     In accordance with Bus. & Prof. Code § 17203, Plaintiff seeks an order enjoining Defendants from continuing to conduct business through unlawful, unfair, and/or fraudulent acts and practices and to commence a corrective advertising campaign.

58.     Plaintiff also seeks an order for the restitution of all monies from the sale of the Gerber Probiotic Products, which were unjustly acquired through acts of unlawful, unfair, and/or fraudulent competition.

## THIRD CAUSE OF ACTION

### Violations of the Consumer Legal Remedies Act,

### Civ. Code §§ 1750 *et seq.*

59.     Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set forth in full herein.

60.     The CLRA prohibits deceptive practices in connection with the conduct of a business that provides goods, property, or services primarily for personal, family, or household purposes.

61.     Defendants' policies, acts, and practices were designed to, and did, result in the purchase and use of the products primarily for personal, family, or household purposes, and violated and continue to violate the following sections of the CLRA:

§ 1770(a)(5): representing that goods have characteristics, uses, or benefits which they do not have.

§ 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another.

14

COMPLAINT

§ 1770(a)(9): advertising goods with intent not to sell them as advertised.

§ 1770(a)(16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not.

62.     As a result, Plaintiff and the classes have suffered irreparable harm and are entitled to injunctive relief and restitution pursuant to Cal. Civ. Code § 1782(d).

63.     The conduct descried herein by Defendants was long-standing, was done for profit as a deliberate corporate policy rather than an isolated incident, and was morally wrong, fraudulent, callous, and oppressive.

### FOURTH CAUSE OF ACTION

**Violations of the Michigan Consumer Protection Act,**

**Mich. Comp. Laws Ann. §§ 445.903 *et seq.***

64.     Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set forth in full herein.

65.     Plaintiff is a "person" as defined in Mich. Comp. Laws Ann. § 445.902(c).

66.     The transactions complained of herein constitute "trade or commerce" as defined in Mich. Comp. Laws Ann. § 445.902(d).

67.     In the course of the transactions which are the subject of this lawsuit, Defendants engaged in the following unfair and deceptive acts, methods or practices:

    a.     Causing a probability of confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods, Mich. Comp. Laws Ann. § 445.903(1)(a)

    b.     Using deceptive representations in connection with the goods, Mich. Comp. Laws Ann. § 445.903(1)(b);

    c.     Representing that the goods have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have, Mich. Comp. Laws Ann. § 445.903(1)(c);

    d.     Representing that the goods are of a particular standard, quality, or grade, though they are of another, Mich. Comp. Laws Ann. § 445.903(1)(e);

    e.     Advertising or representing goods with intent not to dispose of those

goods as advertised or represented, Mich. Comp. Laws Ann. § 445.903(1)(g);

f.     Representing that because of some defect in a consumer's home the health, safety, or lives of the consumer or his or her family are in danger if the product is not purchased, when in fact the defect does not exist or the product would not remove the danger, Mich. Comp. Laws Ann. § 445.903(1)(l);

g.     Failing to reveal a material fact, the omission of which tends to mislead or deceive the consumer, and which fact could not reasonably be known by the consumer, Mich. Comp. Laws Ann. § 445.903(1)(s);

h.     Charging the consumer a price that is grossly in excess of the price at which similar property or services are sold, Mich. Comp. Laws Ann. § 445.903(1)(z);

i.     Making a representation of fact or statement of fact material to the transaction such that a person reasonably believes the represented or suggested state of affairs to be other than it actually is, Mich. Comp. Laws Ann. § 445.903(1)(bb); and

j.     Failing to reveal facts that are material to the transaction in light of representations of fact made in a positive manner, Mich. Comp. Laws Ann. § 445.903(1)(cc).

68.     The above-described conduct violated the Michigan Consumer Protection Act, specifically but not limited to Mich. Comp. Laws Ann. § 445.903 and the sub-paragraphs contained therein.

69.     These violations were not due to bona fide error, but were the result of intentional, knowing and willful acts by Defendants.

70.     As a result of Defendants' actions, Plaintiff the members of the Class have suffered a loss within the meaning of the Michigan Consumer Protection Act are entitled to statutory damages and fees as provided in the Act, Mich. Comp. Laws Ann. § 445.911.

### FIFTH CAUSE OF ACTION

**Violations of the New Jersey Consumer Fraud Act,**

**N.J.S.A. § 56:8-1, *et seq.*,**

71.     Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set

forth in full herein.

72.    At all times relevant to this action, there was in full force and effect the New Jersey Consumer Fraud Act (NJCFA), N.J.S.A. 56:8-1 et seq., which was enacted and designed to protect consumers against unfair, deceptive, or fraudulent business practices.

73.    N.J.S.A. 56:8-2 provides:

> The act, use or employment by any person of any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation, or the knowing, concealment, suppression, or omission of any material fact . . . Whether or not any person has in fact been misled, deceived or damaged thereby, is declared to be an unlawful practice.

74.    At all relevant times, Plaintiff, the other Class members, and Defendants were "persons" within the meaning of N.J. Rev. Stat. § 56:8-1.

75.    The Gerber Probiotic Products manufactured, marketed, and sold by Defendants are merchandise within the meaning of the NJCFA, and Plaintiff and the other Class members are consumers within the meaning of the NJCFA and entitled to the statutory remedies made available therein.

76.    Defendants violated and continue to violate the NJCFA by representing that their Gerber Probiotic Products have characteristics, uses, and benefits which they do not have and advertising the Gerber Probiotic Products to have characteristics, uses, and benefits which Defendants know the Gerber Probiotic Products do not have.

77.    Defendants violated the NJCFA by advertising their Gerber Probiotic Products in the manner(s) described herein, when they knew, or should have known, that those representations and advertisements were unsubstantiated, false, and/or misleading.

78.    Defendants intended that Plaintiff and the other members of the Class would rely on their deception by purchasing their Gerber Probiotic Products, unaware of the material facts described above. This conduct constitutes consumer fraud within the meaning of the NJCFA.

79.    Defendants' conduct, as alleged herein, constitutes unlawful, unfair, and/or deceptive business practices within the meaning of the NJCFA.

80.    Defendants' conduct is malicious, fraudulent, and wanton, and provides misleading

17

COMPLAINT

1  information that their Gerber Probiotic Products are healthier and more nutritious that the other, less

2  expensive products on the market, when in fact they are not.

3       81.    Defendants' conduct has proximately caused damage to Plaintiff and the other Class

4  members, in the form of, *inter alia*, monies spent to purchase the Gerber Probiotic Products they

5  otherwise would not have expended, in an amount to be proven at trial.

6       82.    Had Defendants disclosed all material information regarding the Gerber Probiotic

7  Products in their advertising and marketing, Plaintiff and the Class would not have purchased the Gerber

8  Probiotic Products or would have paid less for the Gerber Probiotic Products.

9                    *              *              *

10      83.    As a result of Defendants' violations of the foregoing state consumer protection statutes,

11 Plaintiff and the other members of the Class are entitled to compensatory damages, double damages,

12 treble damages, statutory damages, punitive or exemplary damages, restitution, and/or injunction relief,

13 and respectfully pray as follows:

14                           **PRAYER FOR RELIEF**

15      WHEREFORE, Plaintiff, on behalf of herself, all others similarly situated, and the general

16 public, pray for judgment and relief against Defendants as follows:

17      A.     Declaring this action to be a proper class action.

18      B.     An Order enjoining Defendants from misbranding the Gerber Probiotic Products in

19 violation of the Federal Food, Drug and Cosmetic Act;

20      C.     An order enjoining Defendants from marketing the Gerber Probiotic Products in any

21 manner deemed to be false or misleading;

22      D.     An order compelling Defendants to conduct a corrective advertising campaign;

23      E.     An order requiring Defendants to disgorge or return all monies, revenues, and profits

24 obtained by means of any wrongful act or practice;

25      F.     An order compelling Defendants to destroy all misleading and deceptive advertising

26 materials and products;

27      G.     An order requiring Defendants to pay restitution to restore all funds acquired by means of

28 any act or practice declared by this Court to be an unlawful, unfair, or fraudulent business act or

1    practice, untrue or misleading advertising, or a violation of the UCL, CLRA, Michigan Consumer

2    Protection Statute, or New Jersey Consumer Fraud Act, plus pre-and post-judgment interest thereon.

3        H.      Costs, expenses, and reasonable attorneys' fees.

4        I.      Any other and further relief the Court deems necessary, just, or proper.

### JURY DEMAND

6        Plaintiff demands a trial by jury on all causes of action so triable.

7    DATED: February 22, 2012                    Respectfully Submitted,

8

9

10                                               Jack Fitzgerald

11                                               **THE WESTON FIRM**
                                                 GREGORY S. WESTON
12                                               JACK FITZGERALD
                                                 MELANIE PERSINGER
13                                               COURTLAND CREEKMORE
                                                 1405 Morena Blvd., Suite 201
14                                               San Diego, CA  92110
                                                 Telephone: (619) 798-2006
15                                               Facsimile: (480) 247-4553

16
                                                 *Counsel for Plaintiff and*
17                                               *the Proposed Classes*

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# Exhibit 1

**PRODUCT 1**

**Gerber Good Start Gentle Powder – 23.2 Ounce - Birth Stage**

**Front**



**Back**

USE BY DATE ON BOTTOM OF CONTAINER · DO NOT USE IF OUTER QUALITY SEAL OR INNER FOIL SEAL IS DAMAGED

## NUTRIENTS PER 100 CALORIES (5 FL OZ, PREPARED AS DIRECTED):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PROTEIN | 2.2 g | CARBOHYDRATE | 11.6 g | LINOLEIC ACID | 900 mg |
| FAT | 5.1 g | WATER | 134 g | | |

## VITAMINS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A | 300 IU | RIBOFLAVIN (B2) | 140 mcg | PANTOTHENIC ACID | 450 mcg |
| D | 60 IU | B6 | 75 mcg | BIOTIN | 4.4 mcg |
| E | 2 IU | B12 | 0.33 mcg | C (ASCORBIC ACID) | 10 mg |
| K | 8 mcg | NIACIN | 1050 mcg | CHOLINE | 24 mg |
| THIAMINE (B1) | 100 mcg | FOLIC ACID (FOLACIN) | 15 mcg | INOSITOL | 6 mg |

## MINERALS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CALCIUM | 67 mg | ZINC | 0.8 mg | SELENIUM | 3 mcg |
| PHOSPHORUS | 38 mg | MANGANESE | 15 mcg | SODIUM | 27 mg |
| MAGNESIUM | 7 mg | COPPER | 80 mcg | POTASSIUM | 108 mg |
| IRON | 1.5 mg | IODINE | 12 mcg | CHLORIDE | 65 mg |

**INGREDIENTS:** WHEY PROTEIN CONCENTRATE (FROM COW'S MILK, ENZYMATICALLY HYDROLYZED, REDUCED IN MINERALS), VEGETABLE OILS (PALM OLEIN, SOY, COCONUT, AND HIGH-OLEIC SAFFLOWER OR HIGH-OLEIC SUNFLOWER), CORN MALTODEXTRIN, LACTOSE, GALACTO-OLIGOSACCHARIDES*, AND LESS THAN 2% OF: POTASSIUM CITRATE, POTASSIUM PHOSPHATE, CALCIUM CHLORIDE, CALCIUM PHOSPHATE, SODIUM CITRATE, MAGNESIUM CHLORIDE, FERROUS SULFATE, ZINC SULFATE, SODIUM CHLORIDE, COPPER SULFATE, POTASSIUM IODIDE, MANGANESE SULFATE, SODIUM SELENATE, M. ALPINA OIL**, C. COHNII OIL***, SODIUM ASCORBATE, INOSITOL, CHOLINE BITARTRATE, ALPHA-TOCOPHERYL ACETATE, NIACINAMIDE, CALCIUM PANTOTHENATE, RIBOFLAVIN, VITAMIN A PALMITATE, PYRIDOXINE HYDROCHLORIDE, THIAMINE MONONITRATE, FOLIC ACID, PHYLLOQUINONE, BIOTIN, VITAMIN D3, VITAMIN B12, TAURINE, NUCLEOTIDES (CYTIDINE 5'-MONOPHOSPHATE, DISODIUM URIDINE 5'-MONOPHOSPHATE, ADENOSINE 5'-MONOPHOSPHATE, DISODIUM GUANOSINE 5'-MONOPHOSPHATE), ASCORBYL PALMITATE, MIXED TOCOPHEROLS, L-CARNITINE, SOY LECITHIN.

\*   A PREBIOTIC FIBER SOURCED FROM MILK.
\*\*  A SOURCE OF ARACHIDONIC ACID (ARA).
\*\*\* A SOURCE OF DOCOSAHEXAENOIC ACID (DHA).

NESTLÉ INFANT NUTRITION, FLORHAM PARK, NJ 07932 USA

[43284086]                NWH017-1

**Gerber Good Start Gentle Powder – 12.7 Ounce - Birth Stage**

**Front**



**Back**



NUTRIENTS PER 100 CALORIES (5 FL OZ, PREPARED AS DIRECTED)

| | | | | | | |
|---|---|---|---|---|---|---|
| PROTEIN | 2.2 | g | WATER | 134 | g |
| FAT | 5.1 | g | LINOLEIC ACID | 900 | mg |
| CARBOHYDRATE | 11.6 | g | | | |

**VITAMINS**

| | | | | | | |
|---|---|---|---|---|---|---|
| A | 300 | IU | NIACIN | 1050 | mcg |
| D | 60 | IU | FOLIC ACID (FOLACIN) | 15 | mcg |
| E | 2 | IU | PANTOTHENIC ACID | 450 | mcg |
| K | 8 | mcg | BIOTIN | 4.4 | mcg |
| THIAMINE (B₁) | 100 | mcg | C (ASCORBIC ACID) | 10 | mg |
| RIBOFLAVIN (B₂) | 140 | mcg | CHOLINE | 24 | mg |
| B₆ | 75 | mcg | INOSITOL | 6 | mg |
| B₁₂ | 0.33 | mcg | | | |

**MINERALS**

| | | | | | | |
|---|---|---|---|---|---|---|
| CALCIUM | 67 | mg | COPPER | 80 | mcg |
| PHOSPHORUS | 38 | mg | IODINE | 12 | mcg |
| MAGNESIUM | 7 | mg | SELENIUM | 3 | mcg |
| IRON | 1.5 | mg | SODIUM | 27 | mg |
| ZINC | 0.8 | mg | POTASSIUM | 108 | mg |
| MANGANESE | 15 | mcg | CHLORIDE | 65 | mg |

**INGREDIENTS:** WHEY PROTEIN CONCENTRATE (FROM COW'S MILK, ENZYMATICALLY HYDROLYZED, REDUCED IN MINERALS), VEGETABLE OILS (PALM OLEIN, SOY, COCONUT, AND HIGH-OLEIC SAFFLOWER OR HIGH-OLEIC SUNFLOWER), CORN MALTODEXTRIN, LACTOSE, GALACTO-OLIGOSACCHARIDES*, AND LESS THAN 2% OF: POTASSIUM CITRATE, POTASSIUM PHOSPHATE, CALCIUM CHLORIDE, CALCIUM PHOSPHATE, SODIUM CITRATE, MAGNESIUM CHLORIDE, FERROUS SULFATE, ZINC SULFATE, SODIUM CHLORIDE, COPPER SULFATE, POTASSIUM IODIDE, MANGANESE SULFATE, SODIUM SELENATE, M. ALPINA OIL**, C. COHNII OIL***, SODIUM ASCORBATE, INOSITOL, CHOLINE BITARTRATE, ALPHA-TOCOPHERYL ACETATE, NIACINAMIDE, CALCIUM PANTOTHENATE, RIBOFLAVIN, VITAMIN A ACETATE, PYRIDOXINE HYDROCHLORIDE, THIAMINE MONONITRATE, FOLIC ACID, PHYLLOQUINONE, BIOTIN, VITAMIN D₃, VITAMIN B₁₂, TAURINE, NUCLEOTIDES (CYTIDINE 5'-MONOPHOSPHATE, DISODIUM URIDINE 5'-MONOPHOSPHATE, ADENOSINE 5'-MONOPHOSPHATE, DISODIUM GUANOSINE 5'-MONOPHOSPHATE), ASCORBYL PALMITATE, MIXED TOCOPHEROLS, L-CARNITINE, SOY LECITHIN.
* A PREBIOTIC FIBER SOURCED FROM MILK.     *** A SOURCE OF DOCOSAHEXAENOIC
** A SOURCE OF ARACHIDONIC ACID (ARA)         ACID (DHA)

birth+
For babies
0-12
MONTHS

- 5 -

## Gerber Good Start Gentle Bottles/Convenience Packs - Birth Stage

### Front



### Back

| USE BY DATE ON BOTTLE NUTRIENTS PER 100 CALORIES (5 FL OZ) | | |
|---|---|---|
| PROTEIN ........ 2.2 g | WATER ............ 134 g | |
| FAT ........ 5.1 g | LINOLEIC ACID ......... 900 mg | |
| CARBOHYDRATE ........ 11.6 g | | |
| **VITAMINS** | | |
| A ........ 300 IU | NIACIN .............. 1050 mcg | |
| D ........ 60 IU | FOLIC ACID (FOLACIN) ...... 15 mcg | |
| E ........ 2 IU | PANTOTHENIC ACID ....... 450 mcg | |
| K ........ 8 mcg | BIOTIN ............. 4.4 mcg | |
| THIAMINE (B1) ...... 100 mcg | C (ASCORBIC ACID) ........ 10 mg | |
| RIBOFLAVIN (B2) ...... 140 mcg | CHOLINE .............. 24 mg | |
| B6 ...... 75 mcg | INOSITOL .............. 6 mg | |
| B12 ...... 0.33 mcg | | |
| **MINERALS** | | |
| CALCIUM ......... 67 mg | COPPER ........... 80 mcg | |
| PHOSPHORUS ...... 38 mg | IODINE ........... 12 mcg | |
| MAGNESIUM ...... 7 mg | SELENIUM | |
| IRON ...... 1.6 mg | SODIUM | |
| ZINC ...... 0.8 mg | POTASSIUM ........ 108 mg | |
| MANGANESE ...... 15 mcg | CHLORIDE | |

INGREDIENTS: WATER, WHEY PROTEIN CONCENTRATE (FROM COW'S MILK, ENZYMATICALLY HYDROLYZED, REDUCED IN MINERALS), VEGETABLE OILS (PALM OLEIN, SOY, COCONUT, AND HIGH-OLEIC SAFFLOWER OR HIGH-OLEIC SUNFLOWER), CORN MALTODEXTRIN, LACTOSE, AND LESS THAN 1.5% OF: GALACTO-OLIGOSACCHARIDES*, POTASSIUM CITRATE, POTASSIUM PHOSPHATE, CALCIUM CHLORIDE, CALCIUM PHOSPHATE, SODIUM CITRATE, MAGNESIUM CHLORIDE, FERROUS SULFATE, ZINC SULFATE, SODIUM CHLORIDE, COPPER SULFATE, POTASSIUM IODIDE, MANGANESE SULFATE, SODIUM SELENATE, M. ALPINA OIL**, C. COHNII OIL***, SODIUM ASCORBATE, INOSITOL, CHOLINE BITARTRATE, ALPHA-TOCOPHERYL ACETATE, NIACINAMIDE, CALCIUM PANTOTHENATE, RIBOFLAVIN, VITAMIN A ACETATE, PYRIDOXINE HYDROCHLORIDE, THIAMINE MONONITRATE, FOLIC ACID, PHYLLOQUINONE, BIOTIN, VITAMIN D3, VITAMIN B12, TAURINE, NUCLEOTIDES (CYTIDINE 5'-MONOPHOSPHATE, DISODIUM URIDINE 5'-MONOPHOSPHATE, ADENOSINE 5'-MONOPHOSPHATE, DISODIUM GUANOSINE 5'-MONOPHOSPHATE), ASCORBYL PALMITATE, MIXED TOCOPHEROLS, L-CARNITINE, SOY LECITHIN.

* A PREBIOTIC FIBER SOURCED FROM MILK.
** A SOURCE OF ARACHIDONIC ACID (ARA).
*** A SOURCE OF DOCOSAHEXAENOIC ACID (DHA).

## Gerber Good Start Gentle Liquid Concentrate – Birth Stage

### Front & Back



CONCENTRATED
MUST ADD WATER

MILK BASED LIQUID
INFANT FORMULA WITH IRON

birth+
For Babies
0-12
MONTHS

Infant Formula

Gerber®
GOOD START
gentle

NUTRI
PROTECT



MUST ADD WATER • MUST ADD WATER

**USE BY DATE ON CARTON TOP**
**NUTRIENTS PER 100 CALORIES** (5 FL OZ. PREPARED AS DIRECTED):

| | | | |
|---|---|---|---|
| PROTEIN | 2.2 g | WATER | 134 g |
| FAT | 5.1 g | LINOLEIC ACID | 900 mg |
| CARBOHYDRATE | 11.6 g | | |

**VITAMINS**

| | | | |
|---|---|---|---|
| A | 300 IU | NIACIN | 1050 mcg |
| D | 60 IU | FOLIC ACID (FOLACIN) | 15 mcg |
| E | 2 IU | PANTOTHENIC ACID | 450 mcg |
| K | 8 mcg | BIOTIN | 4.4 mcg |
| THIAMINE ($B_1$) | 100 mcg | C (ASCORBIC ACID) | 10 mg |
| RIBOFLAVIN ($B_2$) | 140 mcg | CHOLINE | 24 mg |
| $B_6$ | 75 mcg | INOSITOL | 6 mg |
| $B_{12}$ | 0.33 mcg | | |

**MINERALS**

| | | | |
|---|---|---|---|
| CALCIUM | 67 mg | COPPER | 80 mcg |
| PHOSPHORUS | 38 mg | IODINE | 12 mcg |
| MAGNESIUM | 7 mg | SELENIUM | 3 mcg |
| IRON | 1.5 mg | SODIUM | 27 mg |
| ZINC | 0.8 mg | POTASSIUM | 108 mg |
| MANGANESE | 15 mcg | CHLORIDE | 65 mg |

**INGREDIENTS:** WATER, WHEY PROTEIN CONCENTRATE (FROM COW'S MILK, ENZYMATICALLY HYDROLYZED, REDUCED IN MINERALS), VEGETABLE OILS (PALM OLEIN, SOY, COCONUT, AND HIGH-OLEIC SAFFLOWER OR HIGH-OLEIC SUNFLOWER), CORN MALTODEXTRIN, LACTOSE, AND LESS THAN 1.5% OF: GALACTO-OLIGOSACCHARIDES*, POTASSIUM CITRATE, POTASSIUM PHOSPHATE, CALCIUM CHLORIDE, CALCIUM PHOSPHATE, SODIUM CITRATE, MAGNESIUM CHLORIDE, FERROUS SULFATE, ZINC SULFATE, SODIUM CHLORIDE, COPPER SULFATE, POTASSIUM IODIDE, MANGANESE SULFATE, SODIUM SELENATE, M. ALPINA OIL**, C. COHNII OIL***, SODIUM ASCORBATE, INOSITOL, CHOLINE BITARTRATE, ALPHA-TOCOPHERYL ACETATE, NIACINAMIDE, CALCIUM PANTOTHENATE, RIBOFLAVIN, VITAMIN A PALMITATE, PYRIDOXINE HYDROCHLORIDE, THIAMINE MONONITRATE, FOLIC ACID, PHYLLOQUINONE, BIOTIN, VITAMIN $D_3$, VITAMIN $B_{12}$, TAURINE, NUCLEOTIDES (CYTIDINE 5'-MONOPHOSPHATE, DISODIUM URIDINE 5'-MONOPHOSPHATE, ADENOSINE 5'-MONOPHOSPHATE, DISODIUM GUANOSINE 5'-MONOPHOSPHATE), ASCORBYL PALMITATE, MIXED TOCOPHEROLS, L-CARNITINE, SOY LECITHIN.
* A PREBIOTIC FIBER SOURCED FROM MILK.
** A SOURCE OF ARACHIDONIC ACID (ARA).
*** A SOURCE OF DOCOSAHEXAENOIC ACID (DHA).

**PRODUCT 2**

<u>**Gerber Good Start Protect Powder – 23.2 Ounce - Birth Stage**</u>

**Front**



**Back**

USE BY DATE ON BOTTOM OF CONTAINER · DO NOT USE IF OUTER QUALITY SEAL OR INNER FOIL SEAL IS DAMAGED

## NUTRIENTS PER 100 CALORIES (5 FL OZ, PREPARED AS DIRECTED):

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PROTEIN | 2.2 | g | CARBOHYDRATE | 11.2 | g | LINOLEIC ACID | 900 | mg |
| FAT | 5.1 | g | WATER | 134 | g | | | |

## VITAMINS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A | 300 | IU | RIBOFLAVIN (B2) | 140 | mcg | PANTOTHENIC ACID | 450 | mcg |
| D | 60 | IU | B6 | 75 | mcg | BIOTIN | 4.4 | mcg |
| E | 2 | IU | B12 | 0.33 | mcg | C (ASCORBIC ACID) | 10 | mg |
| K | 8 | mcg | NIACIN | 1050 | mcg | CHOLINE | 24 | mg |
| THIAMINE (B1) | 100 | mcg | FOLIC ACID (FOLACIN) | 15 | mcg | INOSITOL | 6 | mg |

## MINERALS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CALCIUM | 67 | mg | ZINC | 0.8 | mg | SELENIUM | 3 | mcg |
| PHOSPHORUS | 38 | mg | MANGANESE | 15 | mcg | SODIUM | 27 | mg |
| MAGNESIUM | 7 | mg | COPPER | 80 | mcg | POTASSIUM | 108 | mg |
| IRON | 1.5 | mg | IODINE | 12 | mcg | CHLORIDE | 65 | mg |

**INGREDIENTS:** WHEY PROTEIN CONCENTRATE (FROM COW'S MILK, ENZYMATICALLY HYDROLYZED, REDUCED IN MINERALS), VEGETABLE OILS (PALM OLEIN, SOY, COCONUT, AND HIGH-OLEIC SAFFLOWER OR HIGH-OLEIC SUNFLOWER), LACTOSE, CORN MALTODEXTRIN, AND LESS THAN 2% OF: POTASSIUM CITRATE, POTASSIUM PHOSPHATE, CALCIUM CHLORIDE, CALCIUM PHOSPHATE, SODIUM CITRATE, MAGNESIUM CHLORIDE, FERROUS SULFATE, ZINC SULFATE, SODIUM CHLORIDE, COPPER SULFATE, POTASSIUM IODIDE, MANGANESE SULFATE, SODIUM SELENATE, M. ALPINA OIL*, C. COHNII OIL**, SODIUM ASCORBATE, INOSITOL, CHOLINE BITARTRATE, ALPHA-TOCOPHERYL ACETATE, NIACINAMIDE, CALCIUM PANTOTHENATE, RIBOFLAVIN, VITAMIN A PALMITATE, PYRIDOXINE HYDROCHLORIDE, THIAMINE MONONITRATE, FOLIC ACID, PHYLLOQUINONE, BIOTIN, VITAMIN D3, VITAMIN B12, TAURINE, NUCLEOTIDES (CYTIDINE 5'-MONOPHOSPHATE, DISODIUM URIDINE 5'-MONOPHOSPHATE, ADENOSINE 5'-MONOPHOSPHATE, DISODIUM GUANOSINE 5'-MONOPHOSPHATE), ASCORBYL PALMITATE, MIXED TOCOPHEROLS, L-CARNITINE, *B. LACTIS* CULTURES, SOY LECITHIN.

\* A SOURCE OF ARACHIDONIC ACID (ARA).
\*\* A SOURCE OF DOCOSAHEXAENOIC ACID (DHA).

NESTLÉ INFANT NUTRITION, FLORHAM PARK, NJ 07932 USA
43284088    NWHB0017

- 9 -

## PRODUCT 3

### Gerber DHA & Probiotic Single Grain Cereal (Oatmeal) – Supported Sitter Stage

**Front**



**Back**



No added salt, refined sugar, artificial flavors or color

## Nutrition Facts

Serving Size: 1/4 cup (15g)
Servings Per Container About 15

**Amount Per Serving**

**Calories** 60

| | |
|---|---|
| **Total Fat** | 1.5g |
| Trans Fat | 0g |
| **Sodium** | 5mg |
| **Potassium** | 50mg |
| **Total Carbohydrate** | 11g |
| Dietary Fiber | 1g |
| Sugars | <1g |
| **Protein** | 2g |

| %Daily Value | Infants 0-1 | Children 1-4 |
|---|---|---|
| Protein | 7% | 7% |
| Vitamin A | 0% | 0% |
| Vitamin C | 0% | 0% |
| Calcium | 15% | 10% |
| Iron | 45% | 60% |
| Vitamin E | 15% | 10% |
| Thiamin | 25% | 15% |
| Riboflavin | 25% | 20% |
| Niacin | 25% | 20% |
| Vitamin B6 | 25% | 10% |
| Folate | 25% | 10% |
| Vitamin B12 | 25% | 15% |
| Phosphorus | 15% | 10% |
| Zinc | 20% | 10% |

**INGREDIENTS:** OAT FLOUR (CONTAINS WHEAT), VITAMINS AND MINERALS (TRI- AND DICALCIUM PHOSPHATE, ELECTROLYTIC IRON, ZINC SULFATE, ALPHA TOCOPHERYL ACETATE [VITAMIN E], NIACINAMIDE [A B VITAMIN], PYRIDOXINE HYDROCHLORIDE [VITAMIN B6], RIBOFLAVIN [VITAMIN B2], THIAMIN MONONITRATE [VITAMIN B1], FOLIC ACID [A B VITAMIN], VITAMIN B12 [CYANOCOBALAMIN]), TUNA OIL (SOURCE OF DHA), GELATIN, SOYBEAN OIL, SOY LECITHIN, MIXED TOCOPHEROLS (FOR FRESHNESS), *B LACTIS* CULTURES.

Distributed by Gerber Products Company
Fremont, MI 49413, USA

The Start Healthy, Stay Healthy
Benefit Band and Milestone Symbols are
trademarks of Société des Produits Nestlé S.A.
Vevey, Switzerland. All trademarks are
owned by Nestlé. © 2009 Nestlé.

12113557

0   15000 00745   4

**Gerber DHA & Probiotic Single Grain Cereal (Rice) – Supported Sitter Stage**

**Front**



**Back**



No added salt, refined sugar,
artificial flavors or color

## Nutrition Facts
Serving Size: 1/4 cup (15g)
Servings Per Container About 15

**Amount Per Serving**

**Calories 60**

| | |
|---|---|
| **Total Fat** | 0.5g |
| Trans Fat | 0g |
| **Sodium** | 0mg |
| **Potassium** | 10mg |
| **Total Carbohydrate** | 12g |
| Dietary Fiber | 0g |
| Sugars | 1g |
| **Protein** | 1g |

| % Daily Value | Infants 0-1 | Children 1-4 |
|---|---|---|
| Protein | 2% | 2% |
| Vitamin A | 0% | 0% |
| Vitamin C | 0% | 0% |
| Calcium | 15% | 10% |
| Iron | 45% | 60% |
| Vitamin E | 15% | 10% |
| Thiamin | 25% | 15% |
| Riboflavin | 25% | 20% |
| Niacin | 25% | 20% |
| Vitamin B6 | 25% | 10% |
| Folate | 25% | 10% |
| Vitamin B12 | 25% | 15% |
| Phosphorus | 10% | 6% |
| Zinc | 20% | 10% |

**INGREDIENTS:** RICE FLOUR, VITAMINS AND MINERALS (TRI- AND DICALCIUM PHOSPHATE, ELECTROLYTIC IRON, ZINC SULFATE, ALPHA TOCOPHERYL ACETATE [VITAMIN E], NIACINAMIDE [A B VITAMIN], PYRIDOXINE HYDROCHLORIDE [VITAMIN B6], RIBOFLAVIN [VITAMIN B2], THIAMIN MONONITRATE [VITAMIN B1], FOLIC ACID [A B VITAMIN], VITAMIN B12 [CYANOCOBALAMIN]), SOYBEAN OIL, SOY LECITHIN, TUNA OIL (SOURCE OF DHA), GELATIN, MIXED TOCOPHEROLS (FOR FRESHNESS), *B LACTIS* CULTURES.

Distributed by Gerber Products Company
Fremont, MI 49413, USA

The Start Healthy, Stay Healthy
Benefit Band and Milestone Symbols are
trademarks of Société des Produits Nestlé S.A.
Vevey, Switzerland. All trademarks are
owned by Nestlé. © 2009 Nestlé.

12113522

0  15000 00744  7

This package is sold by weight
not volume and may not appear
full due to settling of contents

## PRODUCT 4

### Gerber Good Start 2 Gentle Powder - 22 Ounce - Crawler Stage

#### Front



**Back**

USE BY DATE ON BOTTOM OF CONTAINER · DO NOT USE IF OUTER QUALITY SEAL OR INNER FOIL SEAL IS DAMAGED

## NUTRIENTS PER 100 CALORIES (5 FL OZ. PREPARED AS DIRECTED)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PROTEIN | 2.2 g | CARBOHYDRATE | 11.6 g | LINOLEIC ACID | 900 mg |
| FAT | 5.1 g | WATER | 134 g | | |

## VITAMINS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | 300 IU | RIBOFLAVIN (B2) | 140 mcg | PANTOTHENIC ACID | 450 mcg |
| D | 60 IU | B6 | 75 mcg | BIOTIN | 4.4 mcg |
| E | 2 IU | B12 | 0.33 mcg | C (ASCORBIC ACID) | 12 mg |
| K | 8 mcg | NIACIN | 1050 mcg | CHOLINE | 24 mg |
| THIAMINE (B1) | 100 mcg | FOLIC ACID (FOLACIN) | 15 mcg | INOSITOL | 6 mg |

## MINERALS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CALCIUM | 190 mg | ZINC | 0.8 mg | SELENIUM | 3 mcg |
| PHOSPHORUS | 106 mg | MANGANESE | 15 mcg | SODIUM | 27 mg |
| MAGNESIUM | 7 mg | COPPER | 80 mcg | POTASSIUM | 108 mg |
| IRON | 2 mg | IODINE | 12 mcg | CHLORIDE | 65 mg |

**INGREDIENTS:** WHEY PROTEIN CONCENTRATE (FROM COW'S MILK, ENZYMATICALLY HYDROLYZED, REDUCED IN MINERALS), VEGETABLE OILS (PALM OLEIN, SOY, COCONUT, AND HIGH-OLEIC SAFFLOWER OR HIGH-OLEIC SUNFLOWER), LACTOSE, CORN MALTODEXTRIN, GALACTO-OLIGOSACCHARIDES*, POTASSIUM CITRATE, CALCIUM PHOSPHATE, AND LESS THAN 2% OF: POTASSIUM PHOSPHATE, CALCIUM CHLORIDE, SODIUM PHOSPHATE, MAGNESIUM CHLORIDE, FERROUS SULFATE, ZINC SULFATE, SODIUM CHLORIDE, COPPER SULFATE, POTASSIUM IODIDE, MANGANESE SULFATE, SODIUM SELENATE, M. ALPINA OIL**, C. COHNII OIL***, SODIUM ASCORBATE, INOSITOL, CHOLINE BITARTRATE, ALPHA-TOCOPHERYL ACETATE, NIACINAMIDE, CALCIUM PANTOTHENATE, RIBOFLAVIN, VITAMIN A PALMITATE, PYRIDOXINE HYDROCHLORIDE, THIAMINE MONONITRATE, FOLIC ACID, PHYLLOQUINONE, BIOTIN, VITAMIN D3, VITAMIN B12, ASCORBYL PALMITATE, MIXED TOCOPHEROLS, TAURINE, CARRAGEENAN, L-CARNITINE, SOY LECITHIN.

\*    A PREBIOTIC FIBER SOURCED FROM MILK.
\*\*   A SOURCE OF ARACHIDONIC ACID (ARA).
\*\*\* A SOURCE OF DOCOSAHEXAENOIC ACID (DHA).

NESTLÉ INFANT NUTRITION, FLORHAM PARK, NJ 07932 USA
43284087
LWH006-3

## PRODUCT 5

### Gerber Good Start 2 Protect Powder – 22 Ounce – Crawler Stage

**Front**



**Back**

USE BY DATE ON BOTTOM OF CONTAINER · DO NOT USE IF OUTER QUALITY SEAL OR INNER FOIL SEAL IS DAMAGED

## NUTRIENTS PER 100 CALORIES (5 FL OZ, PREPARED AS DIRECTED)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PROTEIN | 2.2 g | CARBOHYDRATE | 11.2 g | LINOLEIC ACID | 900 mg |
| FAT | 5.1 g | WATER | 134 g | | |

## VITAMINS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A | 300 IU | RIBOFLAVIN (B2) | 140 mcg | PANTOTHENIC ACID | 450 mcg |
| D | 60 IU | B6 | 75 mcg | BIOTIN | 4.4 mcg |
| E | 2 IU | B12 | 0.33 mcg | C (ASCORBIC ACID) | 12 mg |
| K | 8 mcg | NIACIN | 1050 mcg | CHOLINE | 24 mg |
| THIAMINE (B1) | 100 mcg | FOLIC ACID (FOLACIN) | 15 mcg | INOSITOL | 6 mg |

## MINERALS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CALCIUM | 190 mg | ZINC | 0.8 mg | SELENIUM | 3 mcg |
| PHOSPHORUS | 106 mg | MANGANESE | 15 mcg | SODIUM | 27 mg |
| MAGNESIUM | 7 mg | COPPER | 80 mcg | POTASSIUM | 108 mg |
| IRON | 2 mg | IODINE | 12 mcg | CHLORIDE | 65 mg |

**INGREDIENTS:** WHEY PROTEIN CONCENTRATE (FROM COW'S MILK, ENZYMATICALLY HYDROLYZED, REDUCED IN MINERALS), VEGETABLE OILS (PALM OLEIN, SOY, COCONUT, AND HIGH-OLEIC SAFFLOWER OR HIGH-OLEIC SUNFLOWER), LACTOSE, CORN MALTODEXTRIN, POTASSIUM CITRATE, CALCIUM PHOSPHATE, AND LESS THAN 2% OF: POTASSIUM PHOSPHATE, CALCIUM CHLORIDE, SODIUM PHOSPHATE, MAGNESIUM CHLORIDE, FERROUS SULFATE, ZINC SULFATE, SODIUM CHLORIDE, COPPER SULFATE, POTASSIUM IODIDE, MANGANESE SULFATE, SODIUM SELENATE, M. ALPINA OIL*, C. COHNII OIL** SODIUM ASCORBATE, INOSITOL, CHOLINE BITARTRATE, ALPHA-TOCOPHERYL ACETATE, NIACINAMIDE, CALCIUM PANTOTHENATE, RIBOFLAVIN, VITAMIN A PALMITATE, PYRIDOXINE HYDROCHLORIDE, THIAMIN MONONITRATE, FOLIC ACID, PHYLLOQUINONE, BIOTIN, VITAMIN D3, VITAMIN B12, ASCORBYL PALMITATE, MIXED TOCOPHEROLS, TAURINE, CARRAGEENAN, L-CARNITINE, B. LACTIS CULTURES, SOY LECITHIN.

\* A SOURCE OF ARACHIDONIC ACID (ARA)
\*\* A SOURCE OF DOCOSAHEXAENOIC ACID (DHA).

NESTLÉ INFANT NUTRITION, FLORHAM PARK, NJ 07932 USA

43284085

LWHB031-2