UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ALVAREZ, an individual, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br>    v.<br><br>GERBER PRODUCTS COMPANY; NESTLE USA, INC.,<br><br>                      Defendants. | Case No.: 5:12-CV-00906-LHK<br><br>ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER AND VACATING CASE MANAGEMENT CONFERENCE |

On September 13, 2012, the Court is scheduled to hear arguments in connection with Defendants' Motion to Dismiss or, in the Alternative, Transfer this case ("Motion to Transfer"). ECF No. 14. A case management conference is scheduled for the same date.

The Court hereby VACATES the hearing on Defendants' Motion to Transfer. The Court also VACATES the case management conference scheduled to occur on the same date. The Court's ruling on Plaintiff's Administrative Motion to Stay Proceedings Pending Resolution of MDL Motion to Transfer (ECF No. 17) is forthcoming. The status of Defendants' Motion to Transfer will be addressed therein.

1

Case No.: 12-CV-00906
ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER AND VACATING CASE MANAGEMENT CONFERENCE

In light of this Order, the parties' Stipulated Joint Request for Order Extending Due Date for Joint Case Management Statement and Continuing Case Management Conference (ECF No. 20) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 7, 2012



LUCY H. KOH
United States District Judge

Case No.: 12-CV-00906
ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER AND VACATING CASE MANAGEMENT CONFERENCE