UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ALVAREZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY; NESTLE USA, INC.,<br><br>Defendants. | Case No.: 12-CV-00906-LHK<br>and Related Case No.: 12-CV-01964-LHK<br><br>ORDER TERMINATING STAY AND SETTING HEARING DATE ON MOTIONS TO TRANSFER |

The related cases *Alvarez v. Gerber Products Co.,* 12-CV-00906-LHK, and *Gray v. Gerber Products Co.*, 12-CV-01964-LHK, were previously stayed pending the Judicial Panel on Multi-District Litigation's ("Panel") ruling on a motion to transfer and coordinate these cases with several similar cases filed in other districts pursuant to 28 U.S.C. § 1407 ("Motion to Transfer"). *See* 12-CV-00906-LHK , ECF No. 22; 12-CV-01964-LHK , ECF No. 17. The Panel denied the Motion to Transfer on October 16, 2012. *See In re: Gerber Probiotic Products Marketing and Sales Practices Litig.*, MDL No. 2397, ECF. No. 21. Accordingly, it is hereby ORDERED that these cases are no longer stayed. It is also ORDERED that Defendants' pending Motions to Dismiss or, in the Alternative, Transfer these cases (*see* 12-CV-00906-LHK, ECF No. 14; 12-CV-01964-LHK, ECF No. 5) shall be heard on December 6, 2012 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 16, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case Nos.:  12-CV-00906 and 12-CV-01964
ORDER TERMINATING STAY AND SETTING HEARING DATE ON MOTIONS TO TRANSFER